UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Flowers-Carter,

                                    Plaintiff(s),                                      **O R D E R**

                     -against –
                                                                                       7:25-CV-00609 (CS)


Henry et al,

                                    Defendant(s).
--------------------------------------------------------------X

Seibel, J.

        It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

Calendar of the undersigned, in which event the action will be restored.


        **SO ORDERED**.

Dated: February 12, 2025

        White Plains, New York



_____

        CATHY SEIBEL, U.S.D.J.